**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1787**

———————

TERESA N. COSBY,

                              Plaintiff - Appellant,

        versus

LEGAL SERVICES CORPORATION,

                              Defendant - Appellee,

        and

JOHN EIDLEMAN, in his capacity as Vice
President of the Legal Services Corporation
and in his individual capacity; DANILLO
CARDONA; DAVID DE LA TOUR, in their capacities
as employees of the Legal Services Corporation
and in their individual capacities,

                              Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (6:05-cv-00131-GRA)

———————

Submitted:  April 30, 2007          Decided:  May 11, 2007

———————

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie F. Bradley, Jr., LAW OFFICES OF WILLIE F. BRADLEY, JR. LLC, Columbia, South Carolina; J. Todd Rutherford, THE RUTHERFORD LAW FIRM, Columbia, South Carolina, for Appellant. William S. Brown, Elizabeth M. McMillan, NELSON MULLINS RILEY & SCARBOROUGH LLP, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa N. Cosby appeals the district court's order granting the Legal Services Corporation's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cosby v. Legal Servs. Corp.</u>, No. 6:05-cv-00131-GRA (D.S.C. May 12, 2006 & June 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>